UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW ISAAC FELDER,

                Plaintiff,

-against-

WARNER BROS. DISCOVERY, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2024

23 Civ. 8487 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 2, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by February 2, 2024. ECF No. 5. Those submissions are now overdue. Accordingly, by **March 1, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of his intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: February 5, 2024
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge