UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW ISAAC FELDER,

                Plaintiff,

-against-

WARNER BROS. DISCOVERY, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/8/2024_

23 Civ. 8487 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 2, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by February 2, 2024. ECF No. 5. Having received no submissions from the parties, on February 5, 2024, the Court extended the parties deadline to submit their joint letter and proposed case management plan to March 1, 2024. ECF No. 14.

    Although the parties have now submitted a proposed case management plan, ECF No. 16, they have not filed a joint letter in compliance with the Court's initial pretrial scheduling order. *See* ECF No. 5 at 2. The Court cannot evaluate the proposed case management plan without a joint letter containing the requisite information.

    Accordingly, by **March 1, 2024**, the parties shall submit their joint letter and resubmit their proposed case management plan in accordance with the Court's order at ECF No. 5. The parties shall revise the proposed case management plan to use dates certain.

    SO ORDERED.

Dated: February 8, 2024
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge