UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW ISAAC FELDER,

                    Plaintiff,                **23 Civ. No. 8487 (AT) (GS)**

      -against-                             **VIDEO CONFERENCE
                                                                           SCHEDULING ORDER**

WARNER BROS. DISCOVERY, INC.

                    Defendant.
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Tuesday, October 8, 2024 at 2:30 p.m.** to discuss Plaintiff's pending discovery motions. (Dkt. Nos. 29 & 33). Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [288 700 238 374]  Passcode: [EJRDbc]**

      SO ORDERED.

DATED:    New York, New York
                 October 3, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge