UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MATTHEW ISAAC FELDER,

                Plaintiff,

-against-

WARNER BROS. DISCOVERY, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/15/2024

23 Civ. 8487 (AT) (GS)

**ORDER**

ANALISA TORRES, District Judge:

    Discovery deadlines have been stayed in this matter pending the Court's ruling on discovery motions. ECF No. 32. Accordingly, the case management conference scheduled for October 22, 2024, is ADJOURNED to **December 16, 2024**, at **10:00 a.m.**

    SO ORDERED.

Dated: October 15, 2024
       New York, New York

ANALISA TORRES
United States District Judge