UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW ISAAC FELDER,

                Plaintiff,

-against-

WARNER BROS. DISCOVERY, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2024_

23 Civ. 8487 (AT) (GS)

**ORDER**

ANALISA TORRES, District Judge:

    Discovery deadlines have been stayed in this matter pending the Court's ruling on discovery motions. ECF No. 32. Accordingly, the case management conference scheduled for December 16, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: December 9, 2024
       New York, New York

ANALISA TORRES
United States District Judge