UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW ISAAC FELDER,

Plaintiff,

-against-

WARNER BROS. DISCOVERY, INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/15/2026

23 Civ. 8487 (AT) (GS)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint letter concerning the schedule for Defendant's anticipated motion for summary judgment.  ECF No. 80.

If Plaintiff wishes to assert additional material facts that he contends are undisputed for purposes of summary judgment, he shall include such facts with his response to Defendant's Rule 56.1 Statement on April 24, 2026.  Plaintiff shall not file a separate 56.1 Statement.

Defendant shall not submit a "Reply 56.1 Statement to address Plaintiff's responses to its Rule 56.1 Statement."  ECF No. 80 at 1–2.  However, Defendant may respond to the additional material facts Plaintiff may choose to add to the Rule 56.1 Statement.

Accordingly:

1.  By **April 24, 2026**, Plaintiff shall respond to Defendant's 56.1 Statement.  Plaintiff shall not prepare a separate Rule 56.1 Statement, but may assert additional facts which Plaintiff contends are undisputed by appending paragraphs to Defendant's Rule 56.1 Statement.

2.  By **June 2, 2026**, Defendant shall file its pre-motion letter and Rule 56.1 Statement. Defendant's Rule 56.1 Statement shall include its responses to any additional facts asserted by Plaintiff.

SO ORDERED.

Dated:  April 15, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge