

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/21/2026___

212.583.9600 main
ehaigh@littler.com

May 20, 2026

**VIA ECF**

Hon. Analisa Torres
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Felder v. Warner Bros. Discovery*, SDNY Case No. 1:23-cv-08487-AT-GS

Dear Judge Torres:

Defendant Warner Bros. Discovery ("WBD") submits this letter to request a temporary stay of its deadline to file its premotion letter for summary judgment pending Magistrate Judge Stein's ruling on Plaintiff's pending discovery motion (Dkt. No. 86).

When Plaintiff provided his response to WBD's Rule 56.1 Statement on May 11, 2026, he also produced new evidence in the form of a recording that he received from a third party that is the subject of a letter-motion Plaintiff filed to Magistrate Judge Stein. *See* Dkt. No. 86. On May 14, 2026, Plaintiff also produced additional relevant text messages between Plaintiff and a third party. On May 18, 2026, the Parties met and conferred on these issues. Today, WBD filed a letter addressed to Judge Stein requesting additional time to respond to Plaintiff's motion (Dkt. No. 86) and further look into the other evidence recently produced by Plaintiff. *See* Dkt. No. 87.

These issues have risen during WBD's time to address Plaintiff's response to its Rule 56.1 Statement, and Plaintiff's Additional Facts and complete its pre-motion letter. The outcome of these recent issues may impact the content of the Rule 56.1 Statements and letters from both Parties. For that reason, WBD requests that its time to file its pre-motion letter on summary judgment be stayed until Judge Stein hears and resolves any remaining discovery issues.

Plaintiff does not consent to this request.

This is WBD's first request for a stay or extension for its time to file the pre-motion letter on summary judgment after the close of discovery. Plaintiff requested and was granted two extensions of its time to respond to the Rule 56.1 Statement. Dkt. No. 83, 85.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Emily C. Haigh*

Emily C. Haigh

GRANTED.  Defendant shall file its pre-motion letter regarding summary judgment within **14 days** of any order by Judge Stein resolving the motion filed at ECF No. 86.

SO ORDERED.

Dated:  May 21, 2026
        New York, New York

ANALISA TORRES
United States District Judge