VRC | VLADECK RASKIN CLARK P.C.

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

MEMO ENDORSED

July 21, 2026

**VIA ECF**

The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

Application granted. The Oral Argument scheduled for Tuesday, August 11, 2026 is hereby adjourned to Monday, August 24, 2026 at 2:00 p.m. in Courtroom 9A, 500 Pearl Street, New York, NY 10007. SO ORDERED.

Date: July 31, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

Re: Felder v. Warner Bros. Discovery, Inc.
1:23-cv-08487 (AT) (GS)

Dear Judge Stein:

We represent Plaintiff Matthew Felder ("Felder" or "Plaintiff") in the above-referenced action against Defendant Warner Bros. Discovery, Inc. ("WBD" or "Defendant"). We write to respectfully request an adjournment of the oral argument currently scheduled for 10:00 AM on Tuesday, August 11, 2026. Defense counsel does not object to Plaintiff's request. This is the first request for an adjournment of the conference date.

Plaintiff's counsel has a previously scheduled mediation that would likely take months to reschedule if postponed and thus is unavailable for the oral argument as scheduled. Plaintiff therefore respectfully requests that the oral argument in this matter be adjourned. The parties have conferred and request that the conference be rescheduled for August 17 if convenient for the Court. The parties are also available on August 13 and August 14 if more convenient for the Court. Plaintiff's counsel will be out of the office between August 18 and August 30.

Thank you for your attention to this matter.

Respectfully submitted,

Jeremiah Iadevaia
James Bagley
Vladeck, Raskin, & Clark, P.C.
111 Broadway, Suite 1505
New York, NY 10006
Attorneys for Plaintiff

cc: All counsel of record (via ECF)

#10030084