VRC | Vladeck Raskin Clark P.C.

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

August 10, 2026

**VIA ECF**

MEMO ENDORSED

The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Felder v. Warner Bros. Discovery, Inc.
1:23-cv-08487 (AT) (GS)

Dear Judge Stein:

We represent Plaintiff Matthew Felder ("Felder" or "Plaintiff") in the above-referenced action against Defendant Warner Bros. Discovery, Inc. ("WBD" or "Defendant"). We write to respectfully request that the oral argument scheduled for August 24, 2026 (Dkt. 97) be modified from an-in person conference to a remote or telephonic proceeding. Defendant takes no position on Plaintiff's request.

Plaintiff initially requested to adjourn the oral argument (Dkt. 96) because his lead counsel was unavailable August 11 as well as between August 18 and August 30. Plaintiff's lead counsel can be available for the August 24 conference but is unable to attend in-person due to a planned trip. Plaintiff therefore respectfully requests that his lead counsel be able to participate in the proceeding remotely.

Alternatively, if the oral argument will take place in-person, Plaintiff respectfully requests that it be adjourned until September when he has returned from his family vacation.

Thank you for your attention to this matter and we apologize for the inconvenience and multiple requests.

Respectfully submitted,

*/s Jeremiah Iadevaia*
Jeremiah Iadevaia

cc: All counsel of record (via ECF)

Application granted. The oral argument scheduled for Monday, August 24, 2026 at 2:00 p.m. is hereby converted to a virtual conference to be held by Microsoft Teams. Counsel are directed to join the conference using the following information:

Click here to join the conference.
Meeting ID: 228 012 861 556 1
Passcode: EU7o9fx6

SO ORDERED.

Date: August 12, 2026

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**