**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X

MATTHEW ISAAC FELDER,

Plaintiff,

-against-

WARNER BROS. DISCOVERY, INC.

Defendant.

---------------------------------------------------------------------X

**23 Civ. No. 8487 (AT) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court held oral argument on August 24, 2026 regarding the disputes raised in the letter-motions under Dkt. Nos. 86 and 91. For the reasons discussed more fully on the record at the conference:

1. The Court **DENIES** Plaintiff's letter-motion under Dkt. No. 86. The redacted portions of the transcript of the August 17, 2022 interview of Jennifer Monson, as well as the corresponding portions of the audio recording of that interview, are covered by the attorney-client privilege and/or attorney work product and do not fall within the scope of the waiver found by the Court in its June 20, 2025 Order. (Dkt. No. 55). The unredacted portions are factual in nature and do fall within the scope of the waiver. Plaintiff may use the unredacted portions of the transcript, and the corresponding portions of the audio itself, in his summary judgment papers and for any other purposes in this litigation. Plaintiff may not, however, use the redacted portions or the corresponding portions of the audio recording in this litigation.

2. The Court **DENIES** Defendant's requests outlined in Dkt. No. 91 without prejudice. Defendant may, if it deems appropriate, submit a motion regarding the alleged spoilation issues outlined in Defendant's letter at a later date.

3. Plaintiff shall file a supplemented Response to Defendant's 56.1 Statement and Counter Statement of Material Facts by no later than August 31, 2026.

The Clerk of Court is respectfully directed to close the motion pending at Dkt. No. 86.

**SO ORDERED.**

DATED: New York, New York
August 24, 2026

The Honorable Gary Stein
United States Magistrate Judge